# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22–mj–00212 |
| SHAUN DEATON | ) | Assigned To : Magistrate Judge Harvey, G. Michael |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) | Assign. Date : 9/22/2022 |
| | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 20, 2022 in the county of _____ in the _____ District of Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | did willfully injure or commit depradation on property of the United States causing damage in excess of $1,000 |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Officer Ignazio Accardi, United States Park Police
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 09/22/2022

*Judge's signature*

City and state: Washington, DC   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*