Case 1:22-mj-00212-GMH   Document 1-1   Fil

Case: 1:22−mj−00212
Assigned To : Magistrate Judge Harvey, G. Michael
Assign. Date : 9/22/2022
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

On September 20, 2022, at approximately 7:33 p.m., officers with the United States Park Police were dispatched to a call for vandalism at the Washington Monument, located at 2 15th Street N.W., Washington, D.C. 20024. The Washington Monument is located on the National Mall, patrolled by members of the United States Park Police. Officer Putowski arrived on scene and saw an individual, later identified as Shaun Deaton (hereinafter, "the defendant"), in the process of applying red paint to the side of the Washington Monument. The side of the monument had a large blot of red paint and writing alongside that read, "Have U been fucked by this. Gov says tough shit."



The defendant was placed under arrest. The defendant had red paint on his clothes and hands. Additionally, a can of red paint was recovered in the defendant's immediate vicinity. The National Park Service is in the process of repairing the monument. The cost of the repairs will exceed $1000.

_____
OFFICER IGNAZIO ACCARDI
UNITED STATES PARK POLICE

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 22nd day of September, 2022.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE