AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT  11475594

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case: 1:22-mj-00212 |
| | ) | Assigned To : Magistrate Judge Harvey, G. Michael |
| SHAUN DEATON | ) | Assign. Date : 9/22/2022 |
| | ) | Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) | |

RECEIVED SEP 23 '22
S. MARSHAL-DC AM 10:1

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SHAUN DEATON                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 - did willfully injure or commit depradation on property of the United States causing damage in excess of $1,000

Date:   09/22/2022

Digitally signed by G. Michael Harvey
Date: 2022.09.22 12:26:14 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/22/2022 , and the person was arrested on *(date)* 9/23/2022
at *(city and state)* Washington DC .

Date: 9/23/2022

*Arresting officer's signature*

Officer Accardi, Ignazio
*Printed name and title*