# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 22-MJ-212 |
| | : | |
| **SHAUN DEATON** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of September 28, 2022, is being provided to the defense in this matter.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:     */s/ Joshua Gold*
        Joshua Gold
        Assistant United States Attorney
        Tx Bar No 24103101
        601 D Street NW
        Washington, DC 20530
        (202) 815-8965
        Joshua.Gold@usdoj.gov



U.S. Department of Justice

Matthew M. Graves
United States Attorney
*District of Columbia*

---

*601 D Street N.W.*
*Washington, D.C. 20530*

September 28, 2022

**VIA EMAIL**
Maria Jacob, Esq.
Maria_Jacob@fd.org

   **Re**: <u>United States v. Shaun Deaton</u>
     22-MJ-212 (GMH)

Ms. Jacob:

 I am writing to memorialize the discovery provided in this case, along with the method and date of transmission.

**September 28, 2022, via USAfx**
- 1_ Photos.docx (22 pages)
- 2_arrest-packet.pdf (15 pages)
- CCN _ 13006558 - Combined Reports.pdf (18 pages)
- IMG_0143.MOV
- Shaun Deaton PSR 9-23-2022.pdf (3 pages)
- Signed—Deaton Arrest Warrant.pdf (2 pages)
- Signed--Deaton Criminal Complaint signed.pdf (2 pages)
- Signed--Deaton SOF.Signed.pdf (1 page)
- Signed--Redacted Deaton Criminal Complaint signed.pdf (2 pages)
- Supplemental Gerstein.pdf (1 page)

If you have any questions about this information, please let me know.

       Sincerely,

       MATTHEW M. GRAVES
       United States Attorney

    By: <u>*/s/ Joshua Gold*</u>
      Joshua Gold
      Assistant United States Attorney

cc: District Court Case File (without attachments)